# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dori J Motter a/k/a Dori J Hummel a/k/a Dori J Zerance | BK NO. 23-01478 HWV |
| Debtor(s) | Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of UNITED WHOLESALE MORTGAGE, LLC. and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
12 Jul 2023, 12:17:43, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322