Certificate Number: 15322-PAM-DE-037648122

Bankruptcy Case Number: 23-01478


15322-PAM-DE-037648122

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 3, 2023</u>, at <u>8:42</u> o'clock <u>PM CDT</u>, <u>Dori J Motter</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 3, 2023</u>　　　　By: <u>/s/Gene Bralewski</u>

　　　　　　　　　　　　　　　Name: <u>Gene Bralewski</u>

　　　　　　　　　　　　　　　Title: <u>Certified Credit Counselor</u>